1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA DIAZ CRESPO, a minor child, by and through her Guardian ad Litem, SHEYLA ARACELY ANAYA CRESPO,<br><br>         Plaintiff,<br><br>    vs.<br><br>HUNTERWOOD TECHNOLOGIES USA LTD., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>         Defendants. | **Case No.: 3:21-CV-00888-AJB-LR**<br><br>**ORDER GRANTING PETITION TO APPROVE MINOR'S COMPROMISE** |

///
///

21cv0888

# ORDER

The Court hereby approves the Plaintiff's Petition to Approve Minor's Compromise and orders the funds from Plaintiff's gross settlement sum ($600,000.00) should be distributed as follows:

(a) Brock & Gonzales, LLP on account of attorney's fees for prosecuting Plaintiff's claims:

$199,980.00.

(b) Brock & Gonzales, LLP on account of attorney's costs for prosecuting Plaintiff's claims:

$61,995.72.

(c) Zenith lien for death benefits received:

$55,000.00.

(d) Structured Settlement Annuity:

$272,738.00.

(e) Blocked account:

$10,286.28.

IT IS SO ORDERED.

Dated: April 18, 2023

Hon. Anthony J. Battaglia
United States District Judge